Augusta Tschumi, Respondent, *v.* Clarence Hayward et al.,
Defendants, and Jennie Powell, Appellant.

Argued November 28, 1950; decided January 11, 1951.

*James Conboy* for appellant.

*William R. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.